**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**January 6, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 03-60956
Summary Calendar

———————————————

SHEHLA SHEIKH,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72-450-369
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Petitioner Shehla Sheikh seeks review of an order from the
Board of Immigration Appeals ("BIA") denying a motion to
reconsider the denial of a motion to reopen deportation
proceedings. Sheikh and her husband, Mirza A. Baig, remained in
the United States beyond their voluntary departure date, and the
BIA held that they were statutorily ineligible for an adjustment
of status and denied a motion to reopen. Sheikh contends that
"exceptional circumstances" exist to excuse her failure to depart
under voluntary departure, thereby warranting the reopening of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the proceedings.  She further argues that the BIA violated due process by denying the motion to reopen before the Immigration and Naturalization Service responded to a request for an extension of the voluntary departure date.

Sheikh's brief is nearly identical to the brief filed by Baig in a separate petition for review, which we have already denied.  Therefore, for substantially the same reasons previously articulated in Baig's appeal, Sheikh's petition for review is denied.  See Baig v. Ashcroft, No. 03-60592 (5th Cir. Aug. 25, 2004)(unpublished).

PETITION DENIED.